IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

**O R D E R**

A status conference was held in this case on January 8, 2013. Defense counsel requested an additional continuance of the trial, given the massive discovery in this case. The government did not oppose a further continuance and the scheduling of another status conference. It is hereby **ORDERED** that another status conference will be held in this case on March 20, 2013 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 8th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge