## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00026 |
| | ) | Judge Trauger |
| JAMES SHAUB, II | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the defendant shall file a Reply to the government's Response (Docket No. 51) by October 4, 2013.

It is so **ORDERED**.

ENTER this 26th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge